IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rachael D'Angelo,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>　　　　　　Defendant. | No. CV-15-01284-PHX-NVW<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 22). Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 22).

IT IS FURTHER ORDERED dismissing Defendant Experian Information Solutions, Inc., with prejudice. Each party shall bear their own attorneys' fees and costs included herein.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for October 16, 2015 at 3:30 p.m.

DATED this 14th day of October, 2015.

_____
Neil V. Wake
United States District Judge